**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00193-LTB-BNB

JUDITH K. HARTMAN and
ROGER C. HARTMAN,

      Plaintiffs,

v.

VAIL RESORTS, INC., a Delaware corporation;
VAIL HOLDINGS, INC., a Colorado corporation, doing business as VAIL ASSOCIATES, INC.;
VAIL ASSOCIATES, INC., a Colorado corporation; and
THE VAIL CORPORATION, a Colorado corporation, doing business as VAIL ASSOCIATES, INC.,

      Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Voluntary Dismissal of Defendants Vail Resorts, Inc., Vail Holdings, Inc., and Vail Associates, Inc. (Doc 10 - filed December 4, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendants Vail Resorts, Inc., Vail Holdings, Inc., and Vail Associates, Inc,** each party to pay their own fees and costs. This matter is continue between Plaintiffs and Defendant The Vail Corporation.

                                           BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:   December 5, 2007