IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-00193-LTB-BNB

JUDITH K. HARTMAN and
ROBERT C. HARTMAN,

      Plaintiffs,

v.

VAIL RESORTS, INC., a Delaware corporation;
VAIL HOLDINGS, INC., a Colorado corporation, doing business as VAIL ASSOCIATES, INC.,
VAIL ASSOCIATES, INC., a Colorado corporation; and
THE VAIL CORPORATION, a Colorado corporation, doing business as VAIL ASSOCIATES, INC.,

      Defendants.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Motion to Amend Court Caption (Doc 12 - filed December 5, 2007) is **GRANTED**. The caption of this matter is amended as reflected in Plaintiffs' Amended Complaint filed December 5, 2007 (Doc 13).

Dated: December 6, 2007
___