## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes          Date: September 21, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 07-cv-00193-CMA-BNB

*Parties:*                                  *Counsel:*

JUDITH K. HARTMAN, and                      Ross Buchanan
ROGER C. HARTMAN,

    Plaintiffs,

v.

THE VAIL CORPORATION, a Colorado            Kimberly Viergever
corporation doing business as Vail Associates,
Inc.,

    Defendant.

---

## COURTROOM MINUTES
---

HEARING: Jury Trial Day One

**1:10 p.m.**   **Court in session**.

Also present:   Plaintiffs Judith K. Hartman and Roger C. Hartman and defendant client representative Steve Johnson.

**ORDER:**   Defendant's Motion *in Limine* to Exclude Evidence Regarding Prior Incidences **(77)** is **denied**.

**1:27 p.m.**   **Court in recess**.
**1:38 p.m.**   **Court in session**.

Jury impaneled and sworn.

**4:13 p.m.** **Court in recess**.
**4:40 p.m.** **Court in session**..

**ORDER:** Jurors excused with direction to return **September 22, 2009, at 9:00 a.m.**

**4:47 p.m.** **Court in recess/hearing continued/completed**.

Total in-court time: 2:59