**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-00193-CMA-BNB

JUDITH K. HARTMAN, and
ROGER C. HARTMAN,

     Plaintiff,

v.

THE VAIL CORPORATION, a Colorado corporation d/b/a Vail Associates, Inc.,

     Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED:  September __23__, 2009

                                           BY THE COURT:

                                           */s/ Christine M. Arguello*

                                           CHRISTINE M. ARGUELLO
                                           United States District Judge